# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

__Craig Cunningham__
Plaintiff(s)

v.

__Select Student Loan Help, LLC__
Defendant(s)

Civil Action No. **3-15 0554**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Select Student Loan Help LLC c/o United States Corporation Agents INC 13302 Winding Oak Court Unit A Tampa, FL 33612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig Cunningham 5543 Edmondson Pike Ste 248 Nashville, TN 37211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

Date: **MAY 14 2015**

*Signature of Clerk or Deputy Clerk*

RETURN COPY

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Select Student loan help LLC__

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* __7014 3490 0001 2339 3326 Served USPS CMRRR# to Reg Agent__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __5/23__

Server's signature

__Maricel Forteza__
Printed name and title

__5543 Edmondson Pike ste 248 Nashville TN 37211__
Server's address

Additional information regarding attempted service, etc:

# FILED
MAY 2 2 2015   DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Corporation Agents, Inc.
13302 Winding Oak
Unit A
Tampa, FL 33612

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Sherry Vance_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Sherry Vance
C. Date of Delivery: 5/19/15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered             ☐ Return Receipt for Merchandise
   ☐ Insured Mail           ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7014 3490 0001 2339 3326

PS Form 3811, July 2013    Domestic Return Receipt