# IN THE UNITED STATES DISTRICT COURT
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Craig Cunningham, | ) |
| | ) Case No. 3:15-cv-0554 |
| Plaintiff, | ) |
| | ) Judge Campbell |
| v. | ) Magistrate Judge Brown |
| | ) |
| Select Student Loan Help, LLC, et al., | ) |
| | ) |
| Defendants | ) |

## PARTIAL ENTRY OF DEFAULT

Pending is Plaintiff's Motion for Entry of Default against Defendants Select Student Loan Help, LLC, Sara Arias and Cherise Calmese (Docket Entry No. 10). The motion is granted as to Select Student Loan Help, LLC, but denied as to Sara Arias and Cherise Calmese.

Plaintiff has obtained service upon Select Student Loan Help, LLC, at the address listed for the agent for service for that defendant on the Florida Secretary of State's website and that defendant has failed to respond to the complaint within the time period allowed by law. Plaintiff has not obtained service upon defendants Sara Arias and Cherise Calmese. The Clerk notes Plaintiff has attempted to serve defendants Arias and Calmese through the registered agent for the corporation. That manner of service does not comply with the methods of service authorized for individual defendants under Federal Rule of Civil Procedure 4(e). The Clerk further notes as a possible issue that the address listed on the summonses issued in this case appear to be that of Select Student Loan Help, LLC, but that address differs from the address listed for the company on the Florida Secretary of State's website. This is not

a complicating factor for service upon the corporate defendant as that was effected at the address for the registered agent for service, but it might affect attempts at service upon the individual defendants.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court