# IN THE UNITED STATES DISTRICT COURT
## THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| Craig Cunningham, | ) |
| | ) Case No. 3:15-cv-0554 |
| Plaintiff, | ) |
| | ) Judge Campbell |
| v. | ) Magistrate Judge Brown |
| | ) |
| Select Student Loan Help, LLC, et al., | ) |
| | ) |
| Defendants | ) |

## PARTIAL ENTRY OF DEFAULT

Pending is Plaintiff's Motion for Entry of Default against Defendants Select Student Loan, Inc., and Cherise Calmese (Docket Entry No. 17). The motion is granted as to Select Student Loan, Inc., but denied as to Cherise Calmese.

Plaintiff has obtained service upon Select Student Loan Help, Inc., at the address listed for the agent for service for that defendant on the California Secretary of State's website and that defendant has failed to respond to the complaint within the time period allowed by law. Plaintiff has not shown that it has obtained service upon defendant Cherise Calmese. The Clerk notes Plaintiff has attempted to serve defendant Calmese through an address for the corporation. That manner of service does not comply with the methods of service authorized for individual defendants under Federal Rule of Civil Procedure 4(e).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court