Innovative Media

1558 N. Crestmont Dr. STE C
Meridian, Idaho 83642

# Invoice

| Date | Invoice # |
|---|---|
| 4/27/2015 | 135 |

| Bill To |
|---|
| SB Marketing |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | week of 4/19-25 | 0.00 | 0.00 |
|  | wealth | 633.16 | 633.16 |
|  | AAP | 4,754.23 | 4,754.23 |

**Total**  $5,387.39