# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Craig Cunningham <br><br> *Plaintiff(s)* <br> v. <br><br> Select Student Loan Help, LLC <br><br> *Defendant(s)* | Civil Action No. 3:15-cv-00554 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Denster KiniKini
8338 E. Gallatin Drive
Nampa, ID 83687

**RECEIVED**
**IN CLERK'S OFFICE**
DEC 1 2 2016
**U.S. DISTRICT COURT**
**MID. DIST. TENN.**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Craig Cunningham, Plaintiff Pro-se
5543 Edmondson Pike, ste 248
Nashville, TN 37211
615-348-1977

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date:  MAR 2 4 2016

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:15-CV-00554

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DANSTER KINIKINI
was received by me on *(date)* 11/10/2016 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* TENESITA KINIKINI
_____, a person of suitable age and discretion who resides there,
on *(date)* 11/29/2016 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 70.00 for services, for a total of $ 70.00 .

I declare under penalty of perjury that this information is true.

Date: 12/06/2016

*Jeannie Simon*
Server's signature

JEANNIE SIMON
Printed name and title

10400 W OVERLAND RD #385
BOISE ID 83709

Server's address

Additional information regarding attempted service, etc:

We Serve Idaho, LLC  
10400 W. Overland Rd.  
#385  
Boise, ID 83709  
Phone: (208) 421-4037  
Fax: (208) 336-3045  
27-2491673  

**INVOICE**

Invoice #CCA-2016004983  
12/2/2016



Craig Cunningham  
5543 Edmondson Pike  
Suite 248  
Nashville, TN 37211

**Case Number: 3:15-CV-00554**

Plaintiff:  
**CRAIG CUNNINGHAM,**

Defendant:  
**SELECT STUDENT LOAN HELP, LLC, ET AL,**

Received: 11/10/2016  Served: 11/29/2016 5:44 pm  PERSONAL AND SUBSERVE SPOUSE  
To be served on: DANSTER AND TENESITA KINIKINI

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| DANSTER KINIKINI | 1.00 | 0.00 | 0.00 |
| TOTAL CHARGED: | | | $0.00 |

**BALANCE DUE:**  $0.00

Thank you for your business!

Have a wonderful day!

Page 1 / 1

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Tennessee

Case Number: 3:15-CV-00554

Plaintiff:
**CRAIG CUNNINGHAM,**

vs.

Defendant:
**SELECT STUDENT LOAN HELP, LLC, ET AL,**

Service Documents:
SUMMONS IN A CIVIL ACTION;
PLAINTIFF'S AMENDED COMPLAINT

For:
Craig Cunningham
5543 Edmondson Pike
Suite 248
Nashville, TN 37211

Received by We Serve Idaho, LLC on the 10th day of November, 2016 at 1:58 pm to be served on **DANSTER AND TENESITA KINIKINI, 8338 EAST GALLATIN DRIVE, NAMPA, ID 83687.**

I, Jeannie Simon, being duly sworn, depose and say that on the **29th day of November, 2016 at 5:44 pm, I:**

**PERSONALLY** served by delivering **ONE** true and correct copies of the **SUMMONS IN A CIVIL ACTION; PLAINTIFF'S AMENDED COMPLAINT** and leaving the same with **TENESITA KINIKINI**. That at the time and place set forth above, affiant duly-served the above described documents in the above-entitled matter upon **DANSTER KINIKINI**, by then and there, at the residence and usual place of abode of said person(s), personally delivering a true and correct copy thereof to and leaving same with **TENESITA KINIKINI, SELF & SPOUSE** being a person over the age of 18 and of suitable age and discretion then residing therein.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.



CRYSTAL J. PILANT
Notary Public
State of Idaho

Subscribed and Sworn to before me on the 2nd day of December, 2016 by the affiant who is personally known to me.

_____
Notary Public

_____
Residing In

2-5-21
Commission Expires

Jeannie Simon
Process Server

We Serve Idaho, LLC
10400 W. Overland Rd.
#385
Boise, ID 83709
(208) 421-4037

Our Job Serial Number: CCA-2016004983

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e