IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:15-cv-00554 |
| | ) Judge Trauger |
| SELECT STUDENT LOAN HELP, LLP, ET AL., | ) |
| Defendants. | ) |

**O R D E R**

On December 20, 2016, the Magistrate Judge issued a Report and Recommendation (Docket No. 141), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. Service of process on Select Student Loan Help, LLC and Select Student Loan, Inc. was not perfected under federal law or Florida, California, or Tennessee state law. Therefore the entries of default against these two defendants (Docket Nos. 12, 20) are VACATED, and the plaintiff is given thirty (30) days from the entry of this Order within which to re-serve these two defendants or file corrected proofs of service and establish that the individuals who signed the return receipts were authorized to accept service of process on behalf of these two defendants. Should the plaintiff not comply with this deadline, all claims against these two defendants will be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

2. The Motion for Entry of Default, the Entry of Default, and the Motion for Default Judgment were properly served on Select Student Loan Help, LLC (Docket Nos. 10, 13, 29).

3. Select Student Loan, Inc. was properly served with the Motion for Entry of Default, but was not properly served with the Entry of Default or Motion for Default Judgment (Docket Nos. 17, 21, 29).

4. Select Student Loan Help, LLC was properly served copies of Docket Entries Nos. 12, 20, 29, 33, and 37, along with the docket sheet. (Docket No. 38).

5. Select Student Loan, Inc. was not properly served with copies of Docket Entries Nos. 12, 20, 29, 33, and 37, along with the docket sheet. (Docket No. 38).

This case is returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED**.

ENTER this 25th day of May 2017.

_____
ALETA A. TRAUGER
U.S. District Judge