UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-cv-00554 |
| | ) | Judge Trauger |
| SELECT STUDENT LOAN HELP, LLC, | ) | Magistrate Judge Brown |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Presently pending is Plaintiff's request to voluntarily dismiss Defendants Select Student Loan Help, LLC and Select Student Loan, Inc. (Doc. 155).[1] Because neither of these two defendants have served an answer or a motion for summary judgment, Plaintiff's notice of dismissal is sufficient to voluntarily dismiss these two defendants without prejudice without need of a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i), (B). For this reason, the **CLERK** is **DIRECTED** to **TERMINATE** Defendants Select Student Loan Help, LLC and Select Student Loan, Inc. from this suit.

**Entered** this 5th day of July, 2017.

/s/ Joe B. Brown
JOE B. BROWN
UNITED STATES MAGISTRATE JUDGE

---

[1] Alongside his request to dismiss these two defendants, Plaintiff requested entry of default against several other defendants. As default had already been entered as to the specified defendants, the Clerk of Court denied Plaintiff's superfluous request for default. (Doc. 156). The Clerk's order did not address Plaintiff's request to dismiss Defendants Select Student Loan Help, LLC and Select Student Loan, Inc. from this suit.