UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

CRAIG CUNNINGHAM, Pro-se       )
                               )
    *Plaintiff*                )
                               )       CIVIL ACTION NO.: 3-15-cv-00554
v.                             )                                       )
Select Student Loan Help, LLC et al  )

    *Defendants.*

### Plaintiff's Affidavit of Phone calls and damages in this case

1. My name is Craig Cunningham, and I am the Plaintiff in this case. I have never been convicted of perjury or a crime of moral turpitude. I am making this affidavit based on my personal knowledge in this case.

2. I recieved multiple calls with pre-recorded messages to my cell phones 615-348-1977 and 615-331-7262. By my computation, I received 46 calls to 615-348-1977 from the defendants and 36 calls to 615-212-9191. I am seeking $3,000 per call for a total of $246,000 and costs of $450 which represents the filing fee and costs of service.

3. Each and every call contained a pre-recorded message or was initiated by an automated telephone dialing system. I never consented to receiving pre-recorded calls or calls using an automated telephone dialing system, and the calls were not for any emergency purpose.

4. Furthermore, I do not believe the defendants did not had an internal do-not-call list and the defendants did not ever state their true name of the entity that they were calling from, which I later discovered to be Good EBusiness, LLC. Instead, the defendants would give very generic names, such as "Student help center". The defendants also used non-working outgoing

caller ID numbers to hide who was really calling.

5. The calls were purportedly to lower my student loan payments, but in reality were a scam impersonating the US Government as the Pre-recorded messages stated *"Hello, this is Sally Mayfield"* which would easily be misinterpreted by an unsophisticated consumer to be Sallie Mae, the student loan giant.

6. In total, I recieved 82 phone calls to my cell phones. A list of the caller ID numbers and dates follows:

| 46 calls to 615-348-1977 total | Date all in the year 2015 |
|---|---|
| 860-296-3408 caller ID | |
| | 05/05 |
| | 5/6 |
| | 5/7 Two calls |
| | 5/15 |
| | 5/1 Two calls |
| | 4/25, |
| | 4/22 |
| | 4/30 Two calls |
| | 5/15 Two calls |
| | 5/4 Three calls |
| 702-359-5643 caller ID | |
| | 5/12 Four calls |
| | 5/13 Two calls |
| | 5/15 Two calls |
| | 05/18 |
| | 5/19 Two calls |
| | 5/21 Two calls |
| | 5/22 Two calls |
| | 5/26 |
| | 5/28 Two calls |
| | 5/29 Two calls |
| | 06/01 |
| | 6/3 Two calls |
| 630-587-8509 | 06/03 |
| 614-866-3209 | 11/13 |
| 210-564-2087 | 11/11 |
| 855-282-6077 | 09/14 |
| 800-454-9078 | 05/20 |
| 424-230-7943 | 5/4 Two calls |
| | |

| 36 total Calls to 615-212-9191 | |
|---|---|
| 415-275-6518 | 07/08 |
| 646-766-1343 | 07/13 |
| 917-201-7054 | 07/15 |
| 855-571-4161 | 07/15 |
| 415-275-6534 | 07/16 |
| 215-337-2107 | 07/17 |
| 469-214-4006 | 07/20 |
| 916-209-7450 | 07/21 |
| 916-209-7450 | 07/22 |
| 916-209-7450 | 07/23 |
| 608-310-1127 | 07/23 |
| 305-363-6858 | 7/27 Two calls |
| 480-372-8231 | 07/29 |
| 713-568-6776 | 8/5 Two calls |
| 602-288-9717 | 08/13 |
| 917-333-2000 | 08/21 |
| 310-596-4937 | 08/27 |
| 972-553-6699 | 9/4 Two calls |
| 972-553-6699 | 09/27 |
| 212-314-9230 | 9/9 Two calls |
| 212-789-6532 | 9/14 Two calls |
| 310-402-2207 | 9/14 |
| 201-536-2636 | 10/01 |
| 208-905-6607 | 11/04 |
| 210-455-3207 | 11/18 |
| 872-580-9632 | 11/30 |
| 310-596-4938 | 11/30 |
| 872-580-9632 | 12/01 |
| 630-587-8509 | 12/07 |
| 855-571-4161 | 12/07 |
| 404-356-8745 | 12/08 |

I swear under the penalty of perjury that the foregoing is true and correct.

Executed on 8/8/2017

Craig Cunningham
Plaintiff,          615-348-1977

5543 Edmondson Pike, ste 248

Nashville, TN 37211