IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:15-cv-00554 |
| | ) | Judge Trauger |
| SELECT STUDENT LOAN HELP, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On June 29, 2017, the magistrate judge issued a Report and Recommendation (DE #173), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff is awarded a default judgment against Danster Kinkini, Tenesita Kinkini, Echoing Green Tonga, Ltd., Global Development Group, LLC, Komal West, and Tobias West jointly and severally in the amount of $249,000.00. It is further ORDERED that all claims against Jane/John Doe parties will be dismissed without prejudice for failure to obtain service of process.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 16th day of July 2018.

_____
ALETA A. TRAUGER
U.S. District Judge